# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTONIO SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV424-079 |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 16, to which objections have been filed, doc. 17. The Court agrees with the Magistrate Judge's conclusions that the ALJ appropriately considered a letter from Smith's orthopedist and results from a consultative examiner under the governing regulations, that the ALJ's formulation of Smith's RFC was supported by substantial evidence, and that the ALJ properly considered Smith's limitations in concentrating, persisting, or maintaining pace. Doc. 16 at 6-16. Therefore, the objections are **OVERRULED**, and the Report and Recommendation of

the Magistrate Judge is **ADOPTED** as the opinion of the Court.  Doc.

16.  The Commissioner's final decision is **AFFIRMED**.  The Clerk of

Court is **DIRECTED** to **CLOSE** this Case.

    **SO ORDERED** this _____ day of August, 2025.

                                 HON. LISA GODBEY WOOD, JUDGE
                                 UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF GEORGIA